**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| William John Mathis, et al )  | |
| )  | |
| Plaintiff, )  | |
| )  | |
| v. )  | Civil Action No. 1:15cv1071 |
| )  | |
| )  | |
| U.S. Bank, N.A., et al )  | |
| )  | |
| Defendant. )  | |

## **JUDGMENT**

Pursuant to the order of this Court entered on 09/18/2015 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the DEFENDANTS and against the PLAINTIFFS.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Dana Van Metre
Deputy Clerk

Dated: 09/18/2015
Alexandria, Virginia